CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.            )<br>)<br>)<br>PHYLLIS HINTON )<br>)<br>)<br>) | Criminal Number 07-168-2 (PLF)<br><br><br>Category   B |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>October 17, 2007</u> from <u>Judge Paul L. Friedman</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN S. HUVELLE<br>
Chair, Calendar and Case<br>
Management Committee

cc:   <u>Judge Friedman</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk ✓
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk